UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| YOLANDA LUCAS, as the Special Administrator of the Estate of MICHELLE ANN CADDELL, Deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TURN KEY HEALTH CLINICS, LLC, a Domestic Limited Liability Corporation; VIC REGALADO, individually and in his official capacity as Tulsa County Sheriff; GARY MYERS, MD,<br><br>　　　　Defendants. | Case No. 20-CV-601-TCK-CDL |

## JUDGMENT

Pursuant to the Court's Opinion and Order granting the Motions to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) filed by defendants Turn Key Health Clinics, LLC, Tulsa County Sheriff Vic Regalado and Gary Myers, MD (Docs. 19, 20, 22, 44), judgment is hereby entered in favor the defendants and against plaintiff Yolanda Lucas, as the Special Administrator of the Estate of Michelle Ann Caddell, Deceased.

ENTERED this 8th day of December, 2021.

TERENCE C. KERN
United States District Judge